AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-mj-632 |
| Jia Liu | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jia Liu.

Date: 11/16/2021

/s/
*Attorney's signature*

Benjamin Yaster, 4722567 (NY)
*Printed name and bar number*

Federal Defenders of New York
One Pierrepont Plaza - 16th Floor
Brooklyn, New York 11201
*Address*

benjamin_yaster@fd.org
*E-mail address*

(718) 330-1240
*Telephone number*

(718) 855-0760
*FAX number*