**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

February 17, 2022

**VIA EMAIL & ECF**

The Honorable Timothy J. Kelly
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

RE: <u>United States v. Jia Liu, No. 21-cr-711 (TJK)</u>

Dear Judge Kelly:

  I write on behalf of defendant Jia Liu to update the Court regarding the status of his pending prosecution in the Eastern District of New York. *See United States v. Liu*, No. 22-cr-70 (DG) (E.D.N.Y.). Today, Mr. Liu was arrested and arraigned on an indictment charging him with three counts of conspiring to defraud the United States by participating in an agreement to create and distribute false COVID-19 vaccination cards, in violation of 18 U.S.C. § 371. The indictment alleges that Mr. Liu participated in this conspiracy while he was released on bail in this case.

  At today's arraignment, the Hon. Sanket J. Bulsara released Mr. Liu on a secured bond of $250,000, co-signed by his stepfather, with the conditions that he be subject to home detention and location monitoring, that his Internet use be limited to a maximum of two devices under Pretrial Services' monitoring, that his travel be restricted to New York City, Long Island, and Washington, D.C., and that the other standard conditions of pretrial supervision apply. The redacted bond is attached to this letter. Mr. Liu was released upon the recommendation of the Eastern District's Pretrial Services Department and over the objection of the government.

  We are scheduled to appear virtually before Your Honor tomorrow, February 18, at 1 p.m., for a status conference. The government has informed us that it intends to seek revocation of Mr. Liu's bond. We intend to ask the Court to impose the same conditions set forth in the Eastern District bond attached to this letter. I have spoken with Mr. Liu's stepfather, who has indicated that he can be present should a suretor be needed. Further, Mr. Liu will be present, albeit only by telephone, since he does not have a Pretrial-authorized computer at this point.

*United States v. Liu*, No. 21-cr-711 (TJK)
February 17, 2022

We thank the Court for considering this letter and the attachment.

Respectfully submitted,

/s/
Benjamin Yaster
Federal Defenders of New York, Inc.
(718) 330-1291
*Counsel for Jia Liu*

cc:    Anne Veldhuis, AUSA (via email)