# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 21-CR-00711-TJK-1 |
| | : | |
| **JIA LIU** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION

The undersigned, on behalf of the United States of America, hereby provides notice of substitution of counsel: Trial Attorney Ashley Akers should replace Trial Attorney Anne Veldhuis as lead counsel on the case, and Trial Attorney Veldhuis should be removed from the case.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: July 7, 2022 | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
|  | By: /s/ Ashley Akers<br>ASHLEY AKERS<br>MO Bar No. 69609<br>Trial Attorney, Detailee<br>601 D Street NW<br> Washington, DC 20001<br>(202) 353-0521<br>Ashley.Akers@usdoj.gov |
|  | ANNE VELDHUIS<br>CA Bar No. 298491<br>Trial Attorney, Detailee<br>450 Golden Gate Ave, Rm 10-0101<br>San Francisco, CA 94102<br>(415) 307-6722<br>Anne.Veldhuis@usdoj.gov |