# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:21-cr-00711-TJK** |
| | : | |
| **v.** | : | |
| | : | |
| **JIA LIU,** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE SPEEDY TRIAL TIME

Defendant Jia Liu, by undersigned counsel, hereby respectfully moves the Court to continue the video status conference scheduled for August 1, 2022, to a date the week of September 12 or thereafter, and exclude Speedy Trial time in the interim. This motion is being filed with the consent of the government.

I make this request because the parties are still involved in plea negotiations regarding this case. Based on recent conversations with government counsel, I anticipate receiving a plea offer in the next week or two. Further, as this Court is aware, Mr. Liu has a parallel case in the Eastern District of New York, *United States v. Liu*, No. 22-cr-70 (DG) (E.D.N.Y.), where he is charged with felony offenses relating to a COVID-19 vaccination card fraud conspiracy. That case is heading toward a resolution in the next several weeks, and successful plea negotiations there will help bring this case to a conclusion, as well.

Because plea negotiations remain ongoing and productive, I respectfully request that the Court continue our status conference to a date on or after September 12, and exclude time in the interests of justice under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). It is my expectation

that by our September status conference, we will be in a position to schedule a change of plea hearing or, should negotiations fail, a trial date.

I have discussed this request with counsel for the government, who consents to the adjournment and exclusion of time. I thank the Court for its understanding and attention to this matter.

                                                    Respectfully submitted,

                                                       /s/
Benjamin Yaster
NY Bar No. 4722567
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 330-1291
Benjamin_Yaster@fd.org
*Counsel for Jia Liu*