**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No.: 21-CR-00711-TJK-1 |
| : | |
| **JIA LIU** : | |
| : | |
| **Defendant.** : | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant, Jia Liu, respectfully submit this joint status report regarding scheduling of sentencing.

On October 20, 2022, defendant entered a plea of guilty to one count of 18 U.S.C. § 1752(a)(1). Defense requested a delayed sentencing to accommodate the schedule of another criminal case brought against the defendant in the United States District Court for the Eastern District of New York. As such, on October 20, 2022, the Court granted that request and ordered the parties to file a joint status report by January 20, 2023, to address scheduling for sentencing. The parties have conferred and propose the following:

The government objects to defendant's request to be afforded another substantial delay in sentencing and respectfully moves the Court to schedule sentencing in accordance with the standard timeline, *e.g.*, 60-90 days from today's date. The government does not believe any further delay is warranted. The defendant proposes a substantial delay so that his two federal sentencings can be "coordinated with each other." These are separate cases involving distinct conduct and do not entail or require coordination. As such, defendant should be treated like every other defendant and sentenced promptly.

      Mr. Liu proposes that sentencing be scheduled for a date in June 2023. The defense anticipates that, by that time, his case in the Eastern District of New York will be resolved and pending sentencing. Mr. Liu acknowledges that this is a longer sentencing calendar than the typical criminal prosecution, but his case is unusual because of the parallel felony prosecution in another federal district. The defense's proposed date will allow his sentencings to occur closer in time and be coordinated with each other. Further, since Mr. Liu's plea date in this case, we have not been contacted by the Probation Department for a pretrial interview. A June 2023 sentencing will allow ample time for the presentencing investigation to be completed, potentially in both of Mr. Liu's cases, and for the parties to prepare their sentencing memoranda. Finally, Mr. Liu is on bond and respectfully submits that a delayed sentencing date will not prejudice him or the government.

                                                                     Respectfully submitted,

DATED: January 20, 2023                              MATTHEW M. GRAVES
                                                                    United States Attorney
                                                                    D.C. Bar No. 481052

                                                                    By: /s/ Ashley Akers
                                                                    ASHLEY AKERS
                                                                    MO Bar No. 69609
                                                                    Trial Attorney, Detailee
                                                                    601 D Street NW
                                                                    Washington, DC 20001
                                                                    (202) 353-0521
                                                                    Ashley.Akers@usdoj.gov

                                                                    /s/ Benjamin Yaster
                                                                    Benjamin Yaster
                                                                    NY Bar No. 4722567
                                                                    Federal Defenders of New York, Inc.
                                                                    One Pierrepont Plaza, 16th Floor
                                                                    Brooklyn, NY 11201
                                                                    (718) 330-1291
                                                                    Benjamin_Yaster@fd.org