June 08, 2023

Hon. Timothy J. Kelly
United States District Judge
District of Columbia

Dear Your Honor:

 Just a day before my arrest, I was a proud American marine and businessman. Although I thought of myself as principled and a law abider, I was also someone who placed my own sense of morality above the law. I used my good intentions as license to push the boundaries. I was wrong to put my own sense of rightness ahead of law's rules. I must now pay the price for those beliefs and tendencies.

 On October 28, 2021, I was arrested for the first time in my life in a home raid by the FBI for unlawfully entering the U.S. Capitol on January 6. Shortly after, I was arrested again by the FBI for defrauding government agencies administering the national COVID-19 response. These events and the 21 months since (16 of which included monitored home detention) have changed my beliefs and conduct in important ways.

 Over the many months since my arrest, I have had a lot of time to think about how my actions that day affected me personally. They destroyed my reputation, put me at risk of imprisonment, prompted my home confinement, ruined or delayed career opportunities and family plans, and isolated me from my friends and society. I've also had a lot of time to think about how my actions on January 6 affected and let down the closest people in my life.

 My wonderful, law-abiding parents were among the first people my poor decisions dishonored. I first left their house in 2014 when I joined the military and started living on my own in 2018. After my arrest, to prove that I was capable of good judgment, or at the very least, be materially useful, I voluntarily relinquished both my desire for independence and pursuit of self-serving plans and lived with them beginning in December 2021. To make things up to them, I helped contribute to their household bills and physically assisted them with household burdens. But they still carry the shame of knowing that I broke the law.

 I let down my business clients who, believing in my integrity, entrusted me with their projects. I also let down my contractors who depended on me for their livelihoods. In the evening of October 28, 2021, I started revealing to every one of my clients and contractors what had happened. By the following day, I had offered each contractor working for my company extended payment on their

contracts and assistance while finding new contracts of employment. Within a week, my clients received from me a plan to move their projects elsewhere with my assistance in the procedures.

None took those options. Nevertheless, I offered my clients and contractors the same options again after my second arrest, in February 2022, when the conditions of my release made it impossible to complete my scheduled work. I made sure that everyone who was working for me found equally paying (and in some cases, better paying) employment. As for my clients, many accepted the replacement solution and help I provided while others engaged in arrangements satisfactory to them still to this day. As a result, I lost most of my contracted work, my business shrank, and my reputation suffered.

I have also had a lot of time to think about what I did on January 6 and why I did it.

I knew that on January 6, I did not have permission to enter the Capitol. In 2016, I, as a member of the public, entered the office of a congressman to pick up my invitations to the 2017 Inaugural Address. The Capitol Building was open to the public, and I was allowed in at that time. When I entered the building again on January 6th, things were obviously different. For sure, the capitol police waved us in and said to me and the people around me "just don't touch anything." But if I had asked the direct question to any of those officers, "Am I allowed to be here right now?," they would have said no. I was wrong for failing to do the most basic thing to verify a knowable fact and for choosing to ignore all of the indicators that we were not welcome constituents but uninvited occupiers.

When I was in the Capitol, though, I did what I could to deescalate things. When I saw a man beating away at a window of the building, I told him that if he was truly here for our President, he would heed the President's plea to be peaceful.

Later, when I exited the building for the first time, I observed a self-proclaimed "Police Officer from Baltimore" donning combat gear speaking with violent rhetoric before a wave of otherwise non-violent protestors outside. I positioned myself between him and the door in an effort to get a word in and as result, ended up back through the door and in between the crowd and the line of capitol police officers. This "Police Officer from Baltimore " then shoved the capitol police forcefully. This so-called "police officer" then encouraged the protestors behind him to follow suit. I stood between the police and the people behind and prevented them from surging forward.

In the final moments of the standoff, as the "Police Officer from Baltimore" continued to work the crowd behind me into a frenzy, I presented the President's video on Twitter instructing us to go home minutes after it was posted. This convinced the people around me to disperse on their own accords, making it much easier for the capitol police to clear out the remaining protestors.

None of this matters in retrospect. While I did what I could to prevent and reduce violence, I knowingly entered the Capitol without permission and am guilty. But I hope you will consider how I conducted myself inside the Capitol when deciding my sentence.

I took an oath of office when I enlisted in the United States Marines. In it, I solemnly swore to defend the constitution of the United States from enemies both foreign and domestic as well as to obey the orders of the President of the United States. It was clear to me on January 6, 2021, holding as obdurately as I did onto the beliefs shared by not an insignificant portion of the nation's population concerning the 2020 election, and placing as groundlessly as I did my hopes in the members of the certification process as provided by the Twelfth amendment, that I was duty bound at the President's behest, to peacefully encourage the legislators to "do the right thing."

It took the help of my lawyer and the wisdom of a number of writings for me to reach the conclusion that my personal interpretation of what is best or right for my nation cannot justify actions to violate the law. If it did, we'd all be on a slippery slope where anyone could disregard the laws our nation has passed. All of these laws are parts and parcel of the constitution I swore to uphold. Therefore, proper commitment to my oath means following and defending every law regardless of what my own sense of morality, intention, or personal interpretation or any situation might be.

The person who writes this letter now understands that violating the law, even with good or moral intentions, destroys the rule of law. I understand now that what I did on January 6th, 2021 disrupted order. I recognize that civility requires the awareness of both tangible and intangible damages done to the society as well as voluntary acceptance of all consequences. With these understandings, I forthrightly accept the personal shame and consequences that must follow. I shall honor the terms of my portion of the reparation with contrition. I am prepared for the judgment of this Court, and only ask that Your Honor consider these words, and my change of perspective, when sentencing me.

With Regret,
Jia Liu