UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:21-cr-00711-TJK** |
| | : | |
| v. | : | |
| | : | |
| **JIA LIU,** | : | |
| | : | |
| **Defendant.** | : | |

### MOTION TO EXTEND DEFENDANT'S SELF-SURRENDER DATE

Defendant Jia Liu, by undersigned counsel, hereby respectfully moves the Court for an order extending Mr. Liu's self-surrender date from September 14, 2023, to December 26, 2023. The government takes no position as to this request.

By way of background, Mr. Liu appeared before this Court on June 15, 2023, for sentencing. The Court imposed a sentence of four months' imprisonment. At defense counsel's request, and without objection from the government, the Court ordered the Bureau of Prisons and Probation Office to set Mr. Liu's self-surrender date for after September 14, 2023, when he was scheduled to appear for sentencing in the Eastern District of New York (EDNY) for his separate pending prosecution, *United States v. Rodriguez & Liu*, No. 22-cr-70 (DG) (E.D.N.Y.). *See* June 15, 2023 Dkt. Entry, *United States v. Liu*, No. 21-cr-711 (TJK) ("Oral motion by counsel for the Defendant for self-surrender after 9/14/2023, heard and granted. Defendant ordered to self-surrender not earlier than 9/14/2023."); Judgment at 2, ECF No. 42 (June 21, 2023) (noting that defendant shall self-surrender "as notified by the Probation or Pretrial Services Office" but "[n]o earlier than September 14, 2023").

On July 9, 2023, the United States Probation Office for the District of Columbia sent a letter to Mr. Liu informing him that he must self-surrender to Devens FMC-Low on or before

July 26, 2023. On July 20, 2023, upon the defense's motion, the Court ordered the Probation Office and the Bureau of Prisons to amend Mr. Liu's self-surrender date to a day no earlier than September 14, 2023. ECF No. 45. On September 8, 2023, the Probation Office notified Mr. Liu that he must self-surrender to Devens FMC-Low on September 14. *See* Ex. A (Sept. 8, 2023 Probation Office letter).

Since his June 15, 2023 sentencing in this district, Mr. Liu has been subject to the same conditions of release imposed by this Court and the EDNY district court. He has continued to be in full compliance with those conditions.

We now respectfully request an extension of the self-surrender date to accommodate the sentencing calendar in Mr. Liu's EDNY case. On August 29, 2023, the United States Probation Department for the Eastern District of New York moved for an adjournment of sentencing because of delays in its preparation of Mr. Liu's presentence report. *See* Ex. B (Aug. 28, 2023 EDNY Probation Dep't letter). Specifically, it requested that its PSR disclosure date be extended to November 2023. *Id.* The EDNY district court granted the Probation Department's extension request and adjourned Mr. Liu's sentencing to December 21, 2023, at 10 a.m. *See* Docket Entry, *United States v. Liu*, No. 22-cr-70 (E.D.N.Y. Aug. 30, 2023).

In keeping with our initial request that Mr. Liu be permitted to remain in the community until he is sentenced in his pending federal proceeding, we respectfully move the Court to extend Mr. Liu's self-surrender date to a time after he is sentenced in EDNY. We propose December 26, 2023, as his new self-surrender date. This will allow Mr. Liu to be sentenced in the morning of December 21 in Brooklyn and spend the Christmas holiday with his parents. He will then report to Devens FMC-Low on December 26, a trip that will take approximately four hours from his family's house.

I have discussed this request with counsel for the government, who takes no position and refers it to the Court.

I thank the Court for its consideration and attention to this matter.

          Respectfully submitted,

          /s/
          Benjamin Yaster
          NY Bar No. 4722567
          Federal Defenders of New York, Inc.
          One Pierrepont Plaza, 16th Floor
          Brooklyn, NY 11201
          (718) 330-1291
          Benjamin_Yaster@fd.org
          *Counsel for Jia Liu*

## CERTIFICATE OF SERVICE

On September 11, 2023, I served a copy of the foregoing and attached exhbits on counsel of record for the government via the Court's electronic filing system (CM/ECF). I also served a copy of these documents on the United States Probation Office via email.

/s/ Benjamin Yaster
Benjamin Yaster
Federal Defenders of New York, Inc.
*Counsel for Jia Liu*