**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| UNITED STATES OF AMERICA |
|      v. |
| JIA LIU, |
|      *Defendant.* |

Criminal Action No. 21-711 (TJK)

## ORDER

The Court entered judgment against Jia Liu on June 15, 2023. It sentenced him to four months' imprisonment consecutive to "any other sentence that is imposed on [him]." ECF No. 42 at 2. Defendant is currently awaiting sentencing in another case before the U.S. District Court for the Eastern District of New York, which was originally scheduled for September 14, 2023. *See* ECF No. 44 at 1. Thus, this Court's judgment directs that Liu surrender to the Bureau of Prisons "[n]o earlier than September 14, 2023." ECF No. 42 at 2.

Defendant represents that his upcoming sentencing hearing has been continued to December 21, 2023, for reasons outside his control. *See* ECF No. 46 at 2. He thus asks the Court to extend his self-surrender date to December 26, 2023. *Id.* The government takes no position on the motion. *Id.* at 3. Upon consideration of Defendant's motion and the government's non-opposition, and for good cause shown, it is hereby

**ORDERED** that Defendant's Unopposed Motion to Extend Defendant's Self-Surrender Date, ECF No. 46, is **GRANTED**. Neither the Pretrial Services Agency for the District of Columbia nor the United States Probation Office shall require Defendant JIA LIU to surrender for service of sentence before December 26, 2023.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: September 12, 2023