UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:21-cr-00711-TJK** |
| | : | |
| v. | : | |
| | : | |
| **JIA LIU,** | : | |
| | : | |
| **Defendant.** | : | |

### SECOND MOTION TO EXTEND DEFENDANT'S SELF-SURRENDER DATE

Defendant Jia Liu, by undersigned counsel, hereby respectfully moves the Court for an order extending Mr. Liu's self-surrender date from December 26, 2023, to February 19, 2024. The government takes no position on this motion and defers to the Court.

By way of background, Mr. Liu appeared before this Court on June 15, 2023, for sentencing. The Court imposed a sentence of four months' imprisonment. At defense counsel's request, and without objection from the government, the Court ordered the Bureau of Prisons ("BOP") and Probation Office to set Mr. Liu's self-surrender date for after September 14, 2023, when he was scheduled to appear for sentencing in the Eastern District of New York (EDNY) for his separate pending prosecution, *United States v. Rodriguez & Liu*, No. 22-cr-70 (DG) (E.D.N.Y.). *See* June 15, 2023 Dkt. Entry, *United States v. Liu*, No. 21-cr-711 (TJK) ("Oral motion by counsel for the Defendant for self-surrender after 9/14/2023, heard and granted. Defendant ordered to self-surrender not earlier than 9/14/2023."); Judgment at 2, ECF No. 42 (June 21, 2023) (noting that defendant shall self-surrender "as notified by the Probation or Pretrial Services Office" but "[n]o earlier than September 14, 2023").

On July 9, 2023, the United States Probation Office for the District of Columbia sent a letter to Mr. Liu informing him that he must self-surrender to Devens FMC-Low on or before

July 26, 2023. On July 20, 2023, upon the defense's motion, the Court ordered the Probation Office and the Bureau of Prisons to amend Mr. Liu's self-surrender date to a day no earlier than September 14, 2023. ECF No. 45. On September 8, 2023, the Probation Office notified Mr. Liu that he must self-surrender to Devens FMC-Low on September 14.

On September 11, 2023, Mr. Liu filed a motion to extend his self-surrender date until December 26, 2023. He made this request because his EDNY sentencing had been postponed to December 21, 2023, due to delays in the completion of his presentence investigation report ("PSR"). *See* ECF No. 46. On September 12, 2023, the Court granted Mr. Liu's application and extended his self-surrender date to December 26. ECF No. 47. Subsequently, the BOP and Probation Office amended Mr. Liu's self-surrender date. *See* Ex. A (Sept. 26, 2023 Probation Office letter).

Since his June 15, 2023 sentencing in this district, Mr. Liu has been subject to the same conditions of release imposed by this Court and the EDNY district court. He has continued to be in full compliance with those conditions.

Mr. Liu now respectfully requests a second extension of the self-surrender date to accommodate the sentencing schedule in his EDNY case.

On November 20, 2023, the EDNY Probation Department disclosed Mr. Liu's PSR. This was less than 35 days before sentencing, and thus not within the timeframe prescribed by Fed. R. Crim. P. 32(e)(2). It was also only ten days before our sentencing letter was due under the EDNY court's individual rules, which the district court declined to extend without also continuing the sentencing date. *See* Ex. B (email exchange with EDNY district court clerk regarding sentencing filing deadlines). That ten-day period was not enough time to complete our PSR objections and sentencing memorandum, especially with the Thanksgiving holiday occurring during it.

Accordingly, with the consent of the government, Mr. Liu requested an adjournment of sentencing to January 6, 2024, or a date thereafter. *See* Consent Mot. To Continue, *United States v. Liu*, No. 22-cr-70 (DG) (E.D.N.Y. Nov. 29, 2023), ECF No. 85. The EDNY court granted the motion and rescheduled Mr. Liu's sentencing for February 16, 2024. *See* Dkt. Entry, *United States v. Liu*, No. 22-cr-70 (DG) (E.D.N.Y. Dec. 1, 2023).

In keeping with our initial request that Mr. Liu be permitted to remain in the community until he is sentenced in EDNY, I now respectfully move the Court to extend Mr. Liu's self-surrender date to February 19, 2024. This is the next business day after his February 16 sentencing in EDNY.

I anticipate that this second request for the extension of Mr. Liu's self-surrender date will be our last. Now that I have the PSR and the necessary time to complete our briefing, I do not foresee Mr. Liu's EDNY sentencing being continued again.

I have discussed this motion with counsel for the government, as noted above. The government takes no position and defers to the Court.

I thank the Court for its consideration and attention to this matter.

                                                              Respectfully submitted,

                                                              /s/
Benjamin Yaster
NY Bar No. 4722567
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 330-1291
Benjamin_Yaster@fd.org
*Counsel for Jia Liu*

## **CERTIFICATE OF SERVICE**

On December 15, 2023, I served a copy of the foregoing and attached exhbits on counsel of record for the government via the Court's electronic filing system (CM/ECF). I also served a copy of these documents on the United States Probation Office via email.

/s/ Benjamin Yaster
Benjamin Yaster
Federal Defenders of New York, Inc.
*Counsel for Jia Liu*