# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:21-cr-00711-TJK** |
| | : | |
| v. | : | |
| | : | |
| **JIA LIU,** | : | |
| | : | |
| **Defendant.** | : | |

## [PROPOSED] ORDER GRANTING MOTION TO EXTEND SELF-SURRENDER DATE

Defendant Jia Liu moves the Court for an order extending his self-surrender date to February 19, 2024. The motion is GRANTED. The United States Probation Office and Bureau of Prisons are ORDERED to amend Mr. Liu's self-surrender date to February 19, 2024.

So ordered.

_____
Hon. Timothy J. Kelly
United States District Judge
District for the District of Columbia