UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:21-cr-00711-TJK** |
| | : | |
| v. | : | |
| | : | |
| **JIA LIU,** | : | |
| | : | |
| **Defendant.** | : | |

### THIRD MOTION TO EXTEND DEFENDANT'S SELF-SURRENDER DATE

Defendant Jia Liu, by undersigned counsel, hereby respectfully moves the Court for an order temporarily staying Mr. Liu's self-surrender date, which is scheduled for February 20, 2024, until the United States District Court for the Eastern District of New York schedules a new sentencing date. This is Mr. Liu's third request to extend his self-surrender date. The government opposes this request and intends to write separately to the Court.

By way of background, Mr. Liu appeared before this Court on June 15, 2023, for sentencing. The Court imposed a sentence of four months' imprisonment. At defense counsel's request, and without objection from the government, the Court ordered the Bureau of Prisons ("BOP") and Probation Office to set Mr. Liu's self-surrender date for after September 14, 2023, when he was scheduled to appear for sentencing in the Eastern District of New York (EDNY) for his separate pending prosecution, *United States v. Rodriguez & Liu*, No. 22-cr-70 (DG) (E.D.N.Y.). *See* June 15, 2023 Dkt. Entry, *United States v. Liu*, No. 21-cr-711 (TJK) ("Oral motion by counsel for the Defendant for self-surrender after 9/14/2023, heard and granted. Defendant ordered to self-surrender not earlier than 9/14/2023."); Judgment at 2, ECF No. 42 (June 21, 2023) (noting that defendant shall self-surrender "as notified by the Probation or Pretrial Services Office" but "[n]o earlier than September 14, 2023").

On July 9, 2023, the United States Probation Office for the District of Columbia sent a letter to Mr. Liu informing him that he must self-surrender to Devens FMC-Low on or before July 26, 2023. On July 20, 2023, upon the defense's motion, the Court ordered the Probation Office and the Bureau of Prisons to amend Mr. Liu's self-surrender date to a day no earlier than September 14, 2023. ECF No. 45. On September 8, 2023, the Probation Office notified Mr. Liu that he must self-surrender to Devens FMC-Low on September 14.

On September 11, 2023, Mr. Liu filed his first motion to extend his self-surrender date. He made this request because his EDNY sentencing had been postponed to December 21, 2023, due to delays in the completion of his presentence investigation report ("PSR"). *See* ECF No. 46. On September 12, 2023, the Court granted Mr. Liu's application and extended his self-surrender date to December 26. ECF No. 47. Subsequently, the BOP and Probation Office amended Mr. Liu's self-surrender date to December 26, 2023.

On December 15, 2023, Mr. Liu moved for a second time to extend his self-surrender date. This was based upon the EDNY Court's postponement of his sentencing to February 16, 2024, due to additional delays in the completion of his PSR. ECF No. 48. The Court granted his application the same day by docket order. *See* Dec. 15, 2023 Dkt. Entry. Thereafter, the Probation Office notified Mr. Liu that he is to surrender himself to the BOP's custody on February 20, 2024, at Devens FMC-Low. *See* Ex. A (Dec. 19, 2023).

Since our last motion, the parties in EDNY timely filed their sentencing memoranda and, it appeared, sentencing was on track to proceed as scheduled. *See* Ex. A (copy of EDNY docket sheet). On February 7, 2024, however, the EDNY Court informed the parties by docket order that it intended to convert the February 16 sentencing to a "pre-sentencing conference," and requested that the parties submit by letter a list of the outstanding legal issues to be resolved in

connection with sentencing. *Id.* at 9. The parties submitted that letter on February 12. *Id.* On February 14, after not receiving any additional notice about the sentencing's scheduling, Mr. Liu requested that the Court set a date and offered to make himself for a sentencing hearing on February 16 following the pre-sentencing conference. *Id.* As of this writing, the EDNY Court has not indicated whether it will sentence Mr. Liu tomorrow or on some later day to be determined.

Because the defense now does not know on what date Mr. Liu will be sentenced in EDNY, we respectfully request a third extension of the self-surrender date. This is in keeping with Mr. Liu's initial and ongoing request that he be permitted to remain in the community until he is sentenced in EDNY. Specifically, the defense requests that the self-surrender date be stayed temporarily until we learn the sentencing date in EDNY, which should be at some point tomorrow, February 16. The defense will promptly inform the Court of the new sentencing date and, if sentencing does not proceed tomorrow, propose a new self-surrender date at that time.

Since his June 15, 2023 sentencing in this district, Mr. Liu has been subject to the same conditions of release imposed by this Court and the EDNY Court. He has continued to be in full compliance with those conditions.

I have discussed this motion with counsel for the government, as noted above. The government opposes this request and intends to write the Court separately to explain its opposition.

The defense thanks the Court for its consideration and attention to this matter, especially given the time-sensitivity of this application.

Respectfully submitted,

/s/
Benjamin Yaster
NY Bar No. 4722567
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 330-1291
Benjamin_Yaster@fd.org
*Counsel for Jia Liu*

**CERTIFICATE OF SERVICE**

On February 15, 2024, I served a copy of the foregoing and attached exhbits on counsel of record for the government via the Court's electronic filing system (CM/ECF). I also served a copy of these documents on the United States Probation Office via email.

/s/ Benjamin Yaster
Benjamin Yaster
Federal Defenders of New York, Inc.
*Counsel for Jia Liu*