UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:21-cr-00711-TJK** |
| | : | |
| v. | : | |
| | : | |
| **JIA LIU,** | : | |
| | : | |
| **Defendant.** | : | |

## STATUS REPORT REGARDING THIRD MOTION TO STAY SELF-SURRENDER DATE

Defendant Jia Liu, by undersigned counsel, hereby submits this status report regarding his third motion to stay his self-surrender date, filed on February 15, 2024. *See* ECF No. 49. As discussed in our motion, Mr. Liu was not sentencing this morning but, instead, had a pre-sentencing conference in the Eastern District of New York ("EDNY"). At the conference, the EDNY Court addressed multiple defense objections to the PSR's guidelines calculation, factual description of the offense conduct, and proposed conditions of supervised release. At the conclusion of the conference, the EDNY Court asked for the parties to submit a joint letter brief by February 23, 2024, concerning a disputed proposed special condition of supervised release. The EDNY Court also said that it would schedule a new sentencing date soon.

Undersigned counsel requested that the EDNY Court set a new date now, so that I could provide it to this Court in connection with this motion. That request was denied. The EDNY Court, however, indicated that it will schedule the sentencing as promptly as it can.

Accordingly, despite our best efforts, the defense does not have a new EDNY sentencing date to report to this Court. We therefore request that the Court temporarily stay Mr. Liu's self-surrender until we receive a new EDNY sentencing date, at which point we will provide it to the

Court for amendment of Mr. Liu's self-surrender deadline. This is consistent with our prior and continuing request that Mr. Liu not begin his sentence in this matter until he is sentenced in the parallel EDNY prosecution.

I have conveyed this update to the government, so it may address it in its opposition.

The defense thanks the Court again for its consideration and attention to this matter, especially given the time-sensitivity of this application.

Respectfully submitted,

/s/
Benjamin Yaster
NY Bar No. 4722567
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 330-1291
Benjamin_Yaster@fd.org
*Counsel for Jia Liu*

## CERTIFICATE OF SERVICE

On February 16, 2024, I served a copy of the foregoing and attached exhbits on counsel of record for the government via the Court's electronic filing system (CM/ECF). I also served a copy of these documents on the United States Probation Office via email.

/s/ Benjamin Yaster
Benjamin Yaster
Federal Defenders of New York, Inc.
*Counsel for Jia Liu*